UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

UNITED STATES OF AMERICA,  :    09 CR. 1056-07 (WHP)

        Plaintiff,  :

   - against -  :

JOHN REAPE,  :

        Defendant.  :

-------------------------------- x

## DEFENDANT JOHN REAPE'S
## SUPPLEMENTAL SENTENCING MEMORANDUM

John F. Kaley, Esq.
Doar Rieck Kaley & Mack
*Attorney for John Reape*
217 Broadway, Suite 707
New York, NY 10007
(212) 619-3730

# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR
JAMES I. WASSERMAN

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

March 1, 2011

Honorable William H. Pauley, III
United States District Judge
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Reape, 09 Cr. 1056 (WHP)</u>

Dear Judge Pauley:

  I represent the defendant John Reape in the above-referenced matter. I am submitting herewith a Supplemental Sentencing Memorandum consisting of a letter from Mr. Reape to Your Honor, together with letters from two of Mr. Reape's nieces and one from his sister. Mr. Reape's sentencing is scheduled for March 8, 2011.

            Respectfully yours,

            John F. Kaley

cc Michael Maiman, Esq.
  Nola Heller, Esq.
  Assistant United States Attorneys
  (via e-mail)

①                                          John A. Reape
                                          62865-054

Honorable William H. Pauley III.

How are you? I hope your well and having a good day. First I like to apologize to you and the government and take full responsibility for all my action.
I also like to apologize to my family my children for not being a responsible adult, a better parent.
Also to my community that I love so much who really miss me for all the little things I help with.
So far as fixing and installing washers driers air conditions, cars, bikes for the kids, hanging curtains closing mouse holes and so much more.
In the community they call me Johnny fix it and they also call me uncle Johnny.
I am 52 years old, I just had a birthday February first, and I thank God I'm alive.
I'd been a member of 731 labors union sence 1984.
I'd worked from the Tappenzee to the Williamsburg, the Triboro bridge, the Air Rail at J.F.K. and also ground zero.
I'd been jailed several times for drugs always addicted to heroin, always had to be detox from heroin, this time the same.
I did my time never had any problems in person.
I was released on parole completed parole never vilated.
I worked everyday took care of my family.
In 07 my mother, best friend consultant and first lady was diagnose with lung cancer, I was devastated within months that cancer had took complest controle over her body, it was eating her away to nothing.
The hospital sent her home I had a problem with her medical insurance and I couldn't get her pain medication.

④　　　　　　　　　　　　　　JOHN A. REAPE 62865054

My Mother was in so much pain I couldn't even move her.
So much pain when I moved her she would screamed.
I had to put her back in the hospital just for medication
Seeing that cancer eat her away and I couldn't do
nothing and the Doctors couldn't do anything.
That was the hardest thing I ever had to go through.
I couldn't handle it I lost my mind, and I got high
My Mother past in 08, I went crazy and I got higher.
every dime I made went on drugs.
She wasn't just my Mother, She was our Matron She kept
our family together. A beautiful smart wise women.
Very spiritual women a true beleaver in God. She use
to say keep the faith because faith move mountains.
And God may not be there when you call but he's always
right on time. My life was out of controle, if I didn't kill
myself with drugs someone else would over drugs
Yes I sold drugs and I'm sorry but I used more drugs
then I sold. If I didn't get arrested I might still
be out there getting high. Getting arrested is my Blessing
I want to thank God, you and government for saving
my life. Thank you for saving my life.
Everybody in my family knew I needed help it was just
a matter of time before something happen.
I thank you and my family thanks you.
I may not be the man I want to be but I thank God
　I'm not the man I use to be.
　　　　Thank You for your time
　　　　　Sincerely speeking

　　　　　John A. Reape

To whom it may concern

Hello my name is Chanick Reape and I am Johnny Reape's neice.

I'm writting you because ever since I was five and my father which is uncle Johnny's brother moved to Alaska uncle Johnny was the only father I knew. He's the one who made sure I got up every morning for school, he's the one who sat with me when I got sick, while my grandmother went to work. To make a long story short even after I had all of these (my) kids uncle Johnny was always there for me and my kids, when we got evicted out my house uncle Johnny was the one who came and got me and my kids and made sure we had some where to sleep all nine (9) of us, all I'm trying to say is this I don't know what he did to be there but please send my uncle Johnny back home to us we really need him, I really need him.

Thank you for taking the time to read what I had say
Sincerly Chanick Reape

2·27·11

What do I have to say about My uncle johnny he is a very nice person if you really get to know him. When I ask him for something if he got it he say I got it. When I dont want to stay at my house on the weekend he always let me stay at his. He make sure theirs no drugs in the house. Well what Im trying to say is that he is special to us/to me. He's a very, very good person. My name is Deothy Im 13years old and I just want you to let him go.

To whom it may concern

I am writing this letter for John Reape he is a very dedicated person, he helps everyone he comes in contact with when I was sick he was there for me, he helps the neighbors whenever he can. He is missed by All He is very polite and honest well trained and he is always looking for a way to help out.

Love always Saundra Reape
His Sister