Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007


Re: 2 Point Drug Reduction
Case No: 1:09-cr-01056-WHP-7

Dear Clerk of the Court,

My name is John Reape #62865-054, and the reason why I'm writing is to try to find out my status for the 2 point drug Reduction. Thank you in advance for time and consideration in this matter.

John Reape #62865-054
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Sincerely
John Reape
62865054

Pro Se Intake Unit
## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE

500 PEARL STREET, ROOM 200

NEW YORK, NEW YORK 10007

RECEIVED
SDNY DOCKET UNIT
2017 FEB 14  AM 10: 27

**Ruby J. Krajick**
CLERK OF COURT

## MEMORANDUM

Date: 1/27/17

The attached document(s), which was received on 1/27/17, is being returned to you for one or more of the following deficiencies. Please return this memorandum with the attached paper(s) to the Pro Se Office upon correction.

[ ✓ ] Please provide a Southern District Case Number.

[ ] Other:  Case No: 1:09-cr-01056-WHP-7

Any questions contact the Pro Se Intake Unit..

Sincerely,

John Reape

(212) 805-0175

⇔62865-054⇔
John Reape
Federal Medical Center
P.O. 14500
Lexington, KY 40512
United States



⇔62865-054⇔
Clerk Southern District
500 Pearl ST
NEW YORK, NY 10007
United States



